# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-22-00590-CV

**In re Candyce Zook**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's temporary orders finding no prima facie showing of an informal marriage in Relator's suit for divorce.  To be entitled to a writ of mandamus in Texas, a relator must establish that the ruling of the trial court constitutes a clear abuse of discretion.  *In re Frank Kent Motor Co.*, 361 S.W.3d 628, 630 (Tex. 2012).  When a marriage is put in issue, the burden is on the party seeking support under an informal-marriage theory to establish at least a prima facie case of marriage.  *Ex parte Threet*, 333 S.W.2d 361, 364 (1960).  In Texas, an informal marriage may be proved by evidence establishing three elements: (1) an agreement to be married; (2) living together as spouses; and (3) representing to others that the couple are married.  Tex. Fam. Code § 2.401(a)(2).  Having reviewed the petition and the record provided, we find the record evidence in conflict as to the first of these three elements, and inconclusive as to the third.  Accordingly, the trial court was within its discretion to find no prima facie showing of an informal marriage, and we deny the petition for writ of mandamus.  *See* Tex. R. App. P. 52.8(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Filed:   October 7, 2022